IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY EDWARDS, III,

      Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4020

Opinion filed June 17, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Timothy Edwards, III, pro se, Appellant.

Norman Blessing, General Counsel, and Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.